United States District Court
District of Columbia

**FILED**
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMPLAINT:** *PERSONAL INJURY*

Self Representation
D'Aundra Grier
~~P.O. Box 430855~~ General Delivery, 8416 Second Ave.
~~Dallas, TX 75343~~ Silver Spring, MD 20910
(214) ~~694-9156~~
404-2729

D.Grier

V.

1) City of New Orleans &
2) Walgreen Company
&
3) Sedgwick CMS
P.O. Box 1069
Deerfield, IL 60015-1069
847-405-1072

~~United States District Court~~ 04/3/2008
~~Court of Common Pleas~~
District of Columbia  04/3/2008

Civil Court Division

Case: 1:08-cv-00646
Assigned To : Unassigned
Assign. Date : 4/15/2008
Description: PI/Malpractice

CIVIL ACTION-PERSONAL INJURY

1. Plaintiff, D'Aundra Grier is an adult individual who reside temporarily in Dallas, TX.

2. Defendant, Walgreen Company as represented via Sedgwick CMS and are located or contacted through their insurance representative in Deerfield, IL.

3. On or about February 2005 there existed an extension of metal clearly uneven with the cementation work. This prevented the plaintiff from safely walking onto the ramp functioning as a pathway leading into the store located on Claiborne and Napoleon Ave in New Orleans, LA.

4. The defendant should have been aware of the mal-alignment upon settlement of the cementation work or inspection. The have existed as a company at that location for a time-period beyond acceptance of their inability to accept responsibility for the incident.

5. On approximately February the 8th, 2005, the plaintiff attempted to enter the property and fell forward suddenly due to her inability to avoid the extension of metal exhibited above cementation level hindering her pathway. As she extended her arms to break the fall she suffered from:
    a. hand muscular problems
    b. scrapes and bruises on hands and knees
    c. bleeding
    d. jammed fingers
    e. sore and achy muscles throughout her body
    f. permanent blemishes
    g. swelling of both ankles and feet with developed infection

The store failed to aide the customer/plaintiff with medical assistance (first aid kit) due to

RECEIVED
MAR 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

the indication that there was none accessible by two employees. There is clearly a pharmacy located on the premises of this retail store, stock inclusive of the items needed, and basic medical first aid kits are common place in most businesses.

6. On the date aforementioned, the defendant had under its care and direction the supervision, control, and maintenance of the said property and had the duty to keep it free from any matter that would pose as a physical threat to consumers. Clearly, after years of property neglect, this condition exhibits negligence. The poor training of their staff to handle situations requiring immediate medical care magnifies this vivid example of unsatisfactory service.

7. The negligence of this Walgreen's consisted of the following:

   a) allowing the metal fragment to remain
   b) failure to make the walkway safe for repeated travel for the consumer entering the premises
   c) failure to have the said area inspected at reasonable intervals in order to assure of its maintenance and condition externally
   d) non-compliance with basic health code recommendations due to the inability to produce "first aid" treatment when the medical condition of the plaintiff presented itself
   e) non- compliance with insurance codes and ethical conduct
   f) It is Walgreen's, per Sedgwick CMS, attempt to present this matter as a secondary party claim. Negligence exist with their failure to exercise "dual duty of care" by both Walgreen's, Sedgwick CMS, and the City of New Orleans (per Walgreen's indicating their responsibility for the poor cementation work) through their inability to process this claim carefully whereas to not contributed too the level of suffering of the plaintiff. Both parties, if found liable, intestinally disregarded the claim, damages, medical care request, and approach for payment medical debts warranted by the plaintiff throughout the eight (8) month time frame. The duration of the claimants attempt to reasonably resolve this issue suffices as evidence of the level of unprofessionally, poor customer relations, and purposeful disregard for responsibility at the risk of the injured.
   g) Unfair claim settlement practices which imply that the defendants hold the responsibility to resolve medical care claims immediately

8. The incident is solely the result of the defendant's negligence. The plaintiff, Ms. Grier, sustained muscular damage, aches, and stiffness of the arms, neck, and back. Her hands were injured sustaining scares, scrapes, puffiness, and mild immobility. Next, she suffered with immediate swelling of both ankles and feet with a developed infection that continued for over a seven-month time frame and to date is still healing.

9. In addition, she was traumatized by the inability to bathe, mild immobility that enabled her to walk properly, inability to write or type reasonably well or conduct any functions utilizing her hands. Repeated efforts to retain immediate medical care were hindered again via both Walgreen's and the City of New Orleans slothful claims review/processing procedures therefore the claimant is left to fester undo physical pain, anguish, suffering and financial loss.

10. As a result, D'Aundra was hindered with continued bodily discomfort, pain, and minimized hand utilization. Usual daily task and occupation function were altered and financial loss endured. The longevity of hand usage minimized (to date), task management (self prescribed), hand exercise practice utilized and essential to the continued healing process as self applied.

11. It is the intention of the plaintiff to directly sue "Walgreens" and an attempt to retain the right to sue them as the primary defendants solely liable for this complaint. Therefore, it is their responsibility to consult the City of New Orleans directly in respects to this case.

WHEREFORE, plaintiff, D'Aundra Grier, seeks a jury trail against the defendants, Walgreen's and Sedgwick CMS, for damages, anguish, physical pain and suffering, and medical expenses for the sum of no less than 50,000 (fifty thousand) dollars.

*[signature]*

D'Aundra Grier

~~P.O. Box 430855~~ General Delivery
8616 Second Ave.
~~Dallas, TX 75343~~ Silver Spring, MD 20910

{would rather obtain via personal pick-up}

(214) ~~694-9156~~
404-2729

See Attachment 1 page

Address for Defendants:

City of New Orleans
Risk Management Unit
Law Department
1300 Perdido St.
New Orleans, LA 70112

Walgreens Company   (local 1217 22nd St., N.W.
c/o                                   D.C., 20037)
C T Corporation System
1015 15th St., N.W.
Suite 1000
Washington, D.C. 20005